IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN M. BRAUN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SQUARE D COMPANY and | : | NO. 02-4001 |
| ENGEL INDUSTRIES, INC. | : | JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter our appearance on behalf of defendant, Engel Industries, Inc., in above matter.

                RAWLE & HENDERSON LLP

                By:
                    Thomas P. Wagner, Esquire
                    (I.D. No. 27145)
                    Attorneys for Defendant,
                    Engel Industries, Inc.
                    The Widener Building
                    One South Penn Square
                    Philadelphia, PA 19107
                    (215) 575-4307

DATED: