**KELLEY JASONS McGUIRE & SPINELLI, L.L.P.**
**BY: JOHN PATRICK KELLEY, ESQUIRE**
Attorney I.D. No. 04020
Suite 1500, Centre Square West                    Attorney for Defendant,
1500 Market Street                                          SQUARE D COMPANY
Philadelphia, PA  19102
(215) 854-0658

| | |
|---|---|
| **JUSTIN M. BRAUN,** | :IN THE UNITED STATES |
| Plaintiff, | :DISTRICT COURT FOR THE |
| vs. | :EASTERN DISTRICT OF |
|  | :PENNSYLVANIA |
| **SQUARE D COMPANY and** | : |
| **ENGEL INDUSTRIES, INC.,** | :Docket No.  02-4001 |
| Defendants. |  |
|  | **JURY TRIAL DEMANDED** |

**DEFENDANT'S, SQUARE D COMPANY,
ANSWER TO CROSSCLAIM OF DEFENDANT, ENGEL INDUSTRIES, INC.**

Defendant, Square D Company, by and through their attorneys, Kelley Jasons McGuire & Spinelli, LLP, replies to the Crossclaim of Engel Industries, Inc., as follows:

51.    Denied.  Strict proof with the Federal Rules of Evidence is demanded at the trial of this matter.


**KELLEY JASONS McGUIRE & SPINELLI, L.L.P.**


**BY:** _____
**John Patrick Kelley, Esquire**
**Attorney for Defendant,**
**Square D Company**


Date: September 19, 2002

## **CERTIFICATE OF SERVICE**

I, John Patrick Kelley, Esquire, hereby certify that a true and correct copy of Defendant's, Square D Company, Answer to Crossclaim of Defendant, Engel Industries, Inc., was served upon the following counsel via First Class Mail, postage pre-paid on September 19, 2002.

| | |
|---|---|
| Peter F. Schuchman, Jr., Esquire | Thomas P. Wagner, Esquire |
| Kozloff Stoudt | Rawle & Henderson, LLP |
| 2640 Westview Drive | The Widener Building, 16th Floor |
| PO Box 6286 | 1339 Chestnut Street |
| Wyomissing, PA  19610 | Philadelphia, PA  19102 |
| **Attorney for Plaintiff** | **Attorney for Defendant, Engel Industries, Inc.** |

_____
John Patrick Kelley, Esquire