IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JUSTIN M. BRAUN,                )
                                )  Civil Action
               Plaintiff        )  No. 02-CV-04001
                                )
       vs.                      )
                                )
SQUARE D COMPANY and            )
ENGEL INDUSTRIES, INC.,         )
                                )
               Defendants       )
```

### REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 11th day of February, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge