KELLEY JASONS McGUIRE & SPINELLI, L.L.P.
BY: W. Matthew Reber, Esquire
Attorney I.D. No. 67035
Suite 1500, Centre Square West
1500 Market Street
Philadelphia, PA  19102
(215) 854-0658

| | |
|---|---|
| JUSTIN M. BRAUN,<br>          Plaintiff,<br>   vs.<br><br>SQUARE D COMPANY and<br>ENGEL INDUSTRIES, INC.,<br>          Defendants. | :IN THE UNITED STATES<br>:DISTRICT COURT FOR THE<br>:EASTERN DISTRICT OF<br>:PENNSYLVANIA<br>:<br>:<br>:Docket No.  02-4001<br>:<br>:JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendant, Square D Company, relative to the above-captioned matter.

                         KELLEY JASONS McGUIRE & SPINELLI, L.L.P.


                         BY: _____
                              John Patrick Kelley, Esquire

Date: _____

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Square D Company, relative to the above-captioned matter.

                         KELLEY JASONS McGUIRE & SPINELLI, L.L.P.


                         BY: _____
                              W. Matthew Reber, Esquire
                              Attorney for Defendant,
                              Square D Company

Date: _____