IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JUSTIN M. BRAUN,                  )
                                  )  Civil Action
                Plaintiff         )  No. 02-CV-04001
                                  )
        vs.                       )
                                  )
SQUARE D COMPANY and              )
ENGEL INDUSTRIES, INC.,           )
                                  )
                Defendants        )
```

AMENDED SCHEDULING ORDER

NOW, this 7th day of May, 2003, upon consideration of the joint request of counsel received May 2, 2003,

IT IS ORDERED that the joint request is granted in part and denied in part.

IT IS FURTHER ORDERED that the Scheduling Order of March 7, 2003 is amended as follows.

IT IS FURTHER ORDERED that, except as otherwise provided below, all discovery shall be completed by June 13, 2003.

IT IS FURTHER ORDERED that plaintiff shall be precluded from offering the testimony of expert witnesses at trial unless on or before June 13, 2003 plaintiff provides defense counsel with the name, address, curriculum vitae and a signed, written expert report containing the findings, conclusions and opinions, of each such liability and damages witness.

IT IS FURTHER ORDERED that defendants shall be precluded from offering the testimony of expert witnesses at trial unless on or before July 14, 2003 defendants provide all counsel with the name, address, curriculum vitae and a signed, written expert report

containing the findings, conclusions and opinions, of each such liability and damages witness.

<u>IT IS FURTHER ORDERED</u> that all discovery motions, including motions concerning expert witnesses, shall be filed and served prior to the close of discovery. Any motions filed in violation of this Order may be deemed waived in the absence of good cause shown.

<u>IT IS FURTHER ORDERED</u> that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before July 28, 2003.

<u>IT IS FURTHER ORDERED</u> that all responses to all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before August 11, 2003.

<u>IT IS FURTHER ORDERED</u> that all motions in limine shall be filed and served on or before August 11, 2003.

<u>IT IS FURTHER ORDERED</u> that all motions (except those relying solely on a Federal Rule of Civil Procedure) shall be accompanied by a brief, not to exceed twenty-five pages without prior leave of court. There shall be no reply briefs unless requested, or authorized, by the undersigned. Reply briefs shall not exceed seven pages and must be filed within three business days of the court's request or approval.

<u>IT IS FURTHER ORDERED</u> that any party filing a motion for summary judgment or partial summary judgment shall file and serve,

in addition to a brief, a separate short concise statement, in numbered paragraphs, of the material facts about which the moving party contends there is no genuine dispute.  The moving party shall support each such material fact with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record.  Failure to submit such a statement may constitute grounds for denial of the motion.

<u>IT IS FURTHER ORDERED</u> that any party opposing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise statement, responding in numbered paragraphs to the moving party's statement of the material facts about which the opposing party contends there is a genuine dispute, with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record.  All factual assertions set forth in the moving party's statement shall be deemed admitted unless specifically denied by the opposing party in the manner set forth in this paragraph.

<u>IT IS FURTHER ORDERED</u>, that a jury trial of the within case is attached for Monday, September 15, 2003, or as soon thereafter as the schedule of the court permits.

                              BY THE COURT:


                              _____
                              James Knoll Gardner
                              United States District Judge