Kozloff Stoudt Doc. #160297 v. 1

Peter F. Schuchman, Jr., Esquire
Pa. Attorney ID# 69343
KOZLOFF STOUDT
2640 Westview Drive
PO Box 6286
Wyomissing, PA   19610
(610) 670-2552                             Attorneys for Plaintiff

_____

| | |
|---|---|
| JUSTIN M. BRAUN, | : IN THE UNITED STATES DISTRICT |
| | : COURT FOR THE EASTERN DISTRICT OF |
| Plaintiff | : PENNSYLVANIA |
| | : |
| v. | : Docket No. 02-CV-4001 |
| | : |
| SQUARE D COMPANY and | : JURY TRIAL DEMANDED |
| ENGEL INDUSTRIES, INC., | : |
| Defendants | : |

_____

ORDER
_____

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion for Partial Summary Judgment filed by Defendant Engel Industries, Inc., and Plaintiff response thereto, it is hereby ORDERED that the Motion is DENEID.

BY THE COURT:

_____
J.