Kozloff Stoudt Doc. #160209 v.1

Peter F. Schuchman, Jr., Esquire
Pa. Attorney ID# 69343
KOZLOFF STOUDT
2640 Westview Drive
PO Box 6286
Wyomissing, PA   19610
(610) 670-2552                                             Attorneys for Plaintiff

_____

| | |
|---|---|
| JUSTIN M. BRAUN, | : IN THE UNITED STATES DISTRICT |
| | : COURT FOR THE EASTERN DISTRICT OF |
| Plaintiff | : PENNSYLVANIA |
| | : |
| v. | : Docket No. 02-CV-4001 |
| | : |
| SQUARE D COMPANY and | : JURY TRIAL DEMANDED |
| ENGEL INDUSTRIES, INC., | : |
| Defendants | : |

_____

## ORDER
_____

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Square D Company's Motion for Summary Judgment, and any response thereto, it is HEREBY ordered that Square D Company's Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
J.