Kozloff Stoudt Doc. #160179 v.1

Peter F. Schuchman, Jr., Esquire
Pa. Attorney ID# 69343
KOZLOFF STOUDT
2640 Westview Drive
PO Box 6286
Wyomissing, PA   19610
(610) 670-2552                              Attorneys for Plaintiff

_____

| | |
|---|---|
| JUSTIN M. BRAUN, | : IN THE UNITED STATES DISTRICT |
|  | : COURT FOR THE EASTERN DISTRICT OF |
| Plaintiff | : PENNSYLVANIA |
|  | : |
| v. | : Docket No. 02-CV-4001 |
|  | : |
| SQUARE D COMPANY and | : JURY TRIAL DEMANDED |
| ENGEL INDUSTRIES, INC., | : |
| Defendants | : |

_____

## ORDER
_____

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion in Limine, it is hereby ORDERED that Defendants are prohibited from introducing at trial the testimony of Jack Krafchick, P.E., and/or James McElwee, P.E. and that Defendants shall be precluded from otherwise introducing into evidence or suggesting or intimating to the jury that the Plaintiff, Justin Braun, or his employer or co-workers were negligent, or that such negligence caused or contributed to cause Justin Braun's injuries.

BY THE COURT:

_____
J.