# Exhibit II.A

# Stephanie Sweet, M.D.

# CURRICULUM VITAE

## STEPHANIE SWEET, M.D.

| | |
|---|---|
| HOME ADDRESS | 140 Belle Circle<br>Blue Bell, PA 19422 |
| HOME PHONE | 215-699-4705 |
| OFFICE ADDRESS | Philadelphia Hand Center<br>834 Chestnut St., Suite G111<br>Philadelphia, PA 19107 |
| OFFICE PHONE | 215-521-3011 |
| PAGER | 215-552-1715 |
| SOCIAL SECURITY NUMBER | 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 |
| EDUCATION | 1984-88  B.A. Cum Laude Harvard University<br>1988-92 M.D. Mount Sinai Medical School |

POSTGRADUATE TRAINING and FELLOWSHIP

    1992-93 Internship in General Surgery
        Mount Sinai Hospital, NY
    1993-94 PGY-2 General Surgery
        Mount Sinai Hospital, NY
    1994-98 Orthopaedic Surgery Residency
        Mount Sinai Hospital, NY
    1998-99 Fellowship, Hand Surgery
        Philadelphia Hand Center
        Thomas Jefferson University, Philadelphia

FACULTY APPOINTMENTS

    1999-0  Clinical Assistant, Orthopaedic Surgery
        Mount Sinai Hospital, NYC, NY
    6/2000   Thomas Jefferson University-Clinical
    Assistant Professor

HOSPITAL APPOINTMENTS

    6/2000 Thomas Jefferson University, PA
        Attending, Hand Surgery
    6/2000 Mercy Surgical Center

                        Havertown, PA
                        Attending, Hand Surgery
             2000    Warminster Hospital, Warminster PA
             1999-00 Mount Sinai Hospital, NYC, NY
                        Attending, Orthopaedic Surgery
             1/00-6/00 Elmhurst Hospital Center, NY
                        Assistant Attending
                        Orthopaedic Surgery

**SPECIALTY CERTIFICATION**    Board Certified, Orthopaedic Surgery
                        Certificate of Added Qualification (CAQ) in
                             Surgery of the Hand. August 26 2002

**LICENSURE**            Pennsylvania MD-069924-L
                        New York 193149 (inactive)
                        New Jersey MA-70102
                        Connecticut 037963 (former)

**DEA**                  BS6139465

**UPIN**                 G89615

**AWARDS, HONORS and MEMBERSHIP in HONORARY SOCIETIES**
             1988 Cum Laude Harvard University
             1988 Harvard College Scholarship for
                  Academic Distinction
             1988-92 Harvard Schools and Scholarships Committee
                  of Long Island. (Regional admissions
                  committee).

**MEMBERSHIPS in PROFESSIONAL and SCIENTIFIC SOCIETIES**
             National:  Fellow, American Academy of
                        Orthopaedic Surgeons
                        Candidate Member American Society for
                        Surgery of the Hand
                        Ruth Jackson Orthopaedic Society
             Local:     Jefferson Hand Club

                        Board of Directors, Hand Rehabilitation
                        Foundation, Philadelphia, PA, 2003-present

**TEACHING and CLINICAL RESPONSIBILITIES**
             1.  Attending Rounds / Conferences
             2.  Supervise residents/fellows in clinic/OR
             3.  Director of Microsurgery Education for Philadelphia
                 Hand Center fellows (instruct fellows in laboratory
                 dissection, rat anastomoses)

                             2

LECTURES by INVITATION

June 1999 "Diagnostic Accuracy of Wrist MRI in Arthroscopically Proven Scapholunate Tears." Presented at Lawrence Schneider Lectureship, Philadelphia Hand Club. (Research by Sweet S and Bednar J).

March 2001 "Subcutaneous Ulnar Nerve Transposition" at Philadelphia Hand Center Meeting The Elbow, An Unforgiving Joint.

March 2001 "Nonoperative Treatment of Lateral Epicondylitis" at Philadelphia Hand Center Meeting The Elbow, An Unforgiving Joint.

March 2001 "Arthritis of the PIP and DIP Joints" at Philadelphia Hand Center Meeting The Elbow, An Unforgiving Joint.

November 2001 "Carpal Tunnel Syndrome" at Warminster Hospital

February 2002 "Clinical Evaluation of the Wrist" at Jefferson Upper Extremity Symposium.

March 2002 "Clinical Evaluation of Upper Extremity Arthritis" at Philadelphia Hand Center Meeting Management of Upper Extremity Arthritis.

March 2002 "Fractures and Joint Injuries of the Hand" at Philadelphia Hand Center Meeting Management of Upper Extremity Arthritis.

March 2002 "Radiographic Interpretation of Arthritis" at Philadelphia Hand Center Meeting Management of Upper Extremity Arthritis.

February 2003 "Clinical evaluation of the Wrist" at Jefferson Upper Extremity Radiology Symposium.

March 2003 Course Co-Chairman of Philadelphia Hand Center Meeting Solving the Riddle of the Wrist.

March 2003 Live Demonstration of Technique of Ulnar Shortening Osteotomy at Philadelphia Hand Center Meeting Solving the Riddle of the Wrist.

BIBLIOGRAPHY

Research Publications:

Osterman L, Sweet S. The Treatment of Complex Trigger Finger with PIPJ Contracture. Atlas of the Hand Clinics, March 1999, p 9-21.

Taras J, Sweet S, Weiss L, et al. Percutaneous and Arthroscopic Fixation Of Scaphoid Fractures in the Athlete. Hand Clinics 15:3 Aug 1999, p 467-474.

Sweet S, Bednar J. Metacarpophalangeal Joint Injuries and
Dislocations, accepted for publication in
Master Cases in Sports Medicine

Weiss L, Sweet S, Taras J, Osterman L. Lunotriquetral
Injuries in the Athlete. Hand Clinics 16:3 August 2000
p 433-438

Sweet S, Weiss L. Applications of Electrothermal Shrinkage in
Wrist Arthroscopy. Atlas of the Hand Clinics,
September 2001, p.203-210.

Editorials, reviews, chapters:

Kalainov D, Cohen M, Sweet S  Arthroscopic Radial Styloidectomy.
In Geissler, ed.  Accepted for Publication 2003.

Sweet S, Weiss L. Ulnar Nerve Compression at the Wrist. In Weiss AP,
Berger D, ed.  Accepted for Publication 2003.

Springfield DS, Sweet S.  Tumors of the Elbow.  In: Baker C,
Plancher K, ed.  Operative Treatment of Elbow Injuries.  New
York .Springer-Verlag; 2002: p 295-302.

# EDUCATIONAL MEETINGS

American Society for Surgery of the Hand
1998, 2000, 2001, 2002

American Academy of Orthopaedic Surgeons
1997, 1998, 1999

# EXTRACURRICULAR ACTIVITIES

1988-92 Harvard Schools and Scholarships Committee
of Long Island.  Interviewed candidates for
admission to Harvard.
1987-88 Harvard Intramural Crew Team
1982-present Avid runner.  Boston Marathon 1988.

# Exhibit II.B

# Kevin David Towers, CPO

# Robson Lapina

Forensic Engineers, Architects, Scientists
& Fire Investigators

**RONALD D. SCHAIBLE, P.E.**
**Occupational Safety & Health Expert**
**Human Factors Expert**

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1999 to present | **Robson Lapina, Inc.**<br>*Manager of Safety & Human Factors/Forensic Engineer*<br>Provide technical services to attorneys, insurance companies, manufacturers, distributors, scientific and service organizations in the areas of: product and process design and development; manufacturing practices; safety engineering; health exposures from chemical, biological, and physical agents; human factors; ergonomics; commercial claims; and industrial safety. |
| 1999 to present | **Fournier, Robson & Associates, Inc.**<br>*Associate, Consulting Engineer*<br>Company provides safety engineering analysis and design, risk evaluations and safety auditing, training and workshops, and environmental contaminant monitoring for industry. |
| 1982 to present | **Schaible Associates**<br>*Principal, Consultant*<br>Sole proprietorship providing environmental and occupational health and safety services to industry. Conduct consulting services until 1999. |

1989 to 1998

**AMP Incorporated**
*Director, Global Health and Safety*
Responsible for worldwide occupational health and safety policy, strategy, and services for a Fortune 500 company with more than 250 locations in 50 countries.

- Provided technical support on health, safety, ergonomics/human factors and training issues.
- Developed and deployed a global health and safety management system.
- Managed the global chemical product stewardship program.
- Developed an electronically deployable safety and health assessment (audit) tool
- Coordinated government agency compliance activities.
- Developed a corporate ergonomics program and behavior based safety program.

1984 to 1989

**AMP Incorporated**
*Manager, Environmental Training and Risk Assessment*

- Continued responsibility for the domestic chemical product stewardship program
- Conducted due diligence hydrogeologic surveys for property and leasehold transfers.
- Developed and conducted environmental awareness training programs.
- Developed comprehensive environmental policy, procedure, and audit protocols.
- Conducted environmental and hazardous waste audits.

11/28/00

# Robson Lapina
Forensic Engineers, Architects, Scientists
& Fire Investigators

**RONALD D. SCHAIBLE, P.E.**
**Occupational Safety & Health Expert**
**Human Factors Expert**

1977 to    **AMP Incorporated**
1984      *Corporate Safety Engineer*
- Investigated process hazards and reports of worker exposures to chemical and physical agents.
- Conducted safety engineering reviews with design staff.
- Developed, implemented and managed the corporate product stewardship program (Material Safety Data Sheets and product labeling) for chemicals.

1976 to    **NL Industries, Metals Division**
1977      *Eastern Region Safety Director*
- Responsible for OSHA and EPA compliance activities for three secondary lead (Pb) smelters in Georgia, New Jersey and Pennsylvania.
- Investigated equipment guarding compliance
- Performed industrial hygiene sampling and provided oversight for occupational health monitoring.
- Evaluated industrial ventilation and air pollution control systems.
- Monitored disposal of waste acid, plastic and slag.

1975 to    **The Cooper Group**
1976      *Supervisor, Safety & Security*
- Responsible for OSHA compliance in an 800 employee hand tool file manufacturing facility, including equipment guarding and industrial hygiene activities.
- Developed and conducted supervisory safety training programs.

1972 to    **The Hartford Insurance Group**
1975      *Loss Prevention Representative*
- Conducted risk evaluation and risk improvement assessments of casualty, general liability, crime, fire and inland marine loss prevention programs, with emphasis on heavy industries.
- Provided regional industrial hygiene services to policyholders.

1971 to    **Liberty Mutual Insurance Company**
1972      *Loss Prevention Representative*
- Conducted risk evaluation and risk improvement assessments of casualty, general liability, crime, fire and inland marine loss prevention programs.

11/28/00

# Robson Lapina

Forensic Engineers, Architects, Scientists
& Fire Investigators

**RONALD D. SCHAIBLE, P.E.**
**Occupational Safety & Health Expert**
**Human Factors Expert**

## TEACHING EXPERIENCE

| | |
|---|---|
| 1997 to present | **St. Francis University**<br>*Adjunct Instructor. Graduate School of Human Resources and Industrial Relations*<br>Graduate course in "Health and Safety." |
| 1983 to 1996 | **Millersville University**<br>*Adjunct Instructor in Occupational Safety & Hygiene Management.*<br>Undergraduate courses "Fundamentals of Industrial Hygiene I" & "Fundamentals of Industrial Hygiene II." |
| 1979 to 1982 | **Harrisburg Area Community College**<br>*Adjunct Instructor in Industrial Hygiene* |

## EDUCATION

M.S.  Environmental Health, West Chester University, 1990
B.S.  Commerce & Engineering Sciences, Drexel University, 1971
Numerous Continuing Education programs and Professional Development Conferences

## PROFESSIONAL REGISTRATIONS and CERTIFICATIONS

Registered Professional Safety Engineer (Massachusetts)
Certified Industrial Hygienist in Comprehensive Practice
Certified Safety Professional
Certified Human Factors Professional
Certified Hazardous Materials Manager
Registered Environmental Professional
Certified Hazard Control Manager
Certified Product Safety Manager
Licensed Industrial Hygienist (State of Illinois EPA)

## PROFESSIONAL MEMBERSHIPS and AFFILIATIONS

**Diplomate,** American Academy of Industrial Hygiene.
**Full/Regular Member,** American Industrial Hygiene Association, American Conference of Governmental Industrial Hygienists.
**Professional Member,** American Society of Safety Engineers.

11/28/00

# Robson Lapina
Forensic Engineers, Architects, Scientists
& Fire Investigators

### RONALD D. SCHAIBLE, P.E.
### Occupational Safety & Health Expert
### Human Factors Expert

**Member,** Central Pennsylvania Chapter, ASSE; Council of Industrial Hygiene;
Philadelphia Chapter, ACHMM; Society for Chemical Hazard Communication;
Human Factors and Ergonomics Society; Pennsylvania Capital Area ACHMM;
ANSI Safety and Health Standards Board (1997-1998); OSHA Task Force of the
Labor Policy Association (1997-1998); Lancaster Industrial Safety Council.

**Primary Representative** for ASSE on ANSI Z41 Committee, "Performance
Requirements for Protective Occupational Footwear" (2001-2005).

**Affiliate Member,** International Occupational Hygiene Association; Environmental
Information Association of Pennsylvania .

**Past Member,** Industrial Arts Advisory Council, Pennsylvania Department of
Education.

**Chair,** Occupational Safety and Health Policy Subcommittee of the National
Association of Manufacturers (1997-1999).

**Administrator,** International Division, American Society of Safety Engineers (1998-
1999)

**Co-Founder/President** Central Pennsylvania Section, American Industrial Hygiene
Association (1988-1989, and thereafter).

## INVITED PRESENTATIONS

"Agricultural Machinery Operator Safety", National Institute for Farm Safety, Co-
author/Co-presenter, June 1999.

Testimony *on behalf of* The National Association of Manufacturers *regarding* OSHA's
Reinvention Efforts *before the* Workforce Protections Subcommittee *of the*
Education and the Workforce Committee *of the* U.S. House of Representatives *on*
23 July 1997.

"Safety Management Essentials", Tri-State Safety Council, Hagerstown, MD on 11 April
1996.

"Industrial Hygiene Sampling Strategies", Conestoga Foundryman's Society, Lancaster,
PA on 19 April 1995.

"Indoor Air Quality", Lancaster County Industrial Safety Council on 20 February 1992.

"Environmental Audits", Government Institutes on 21 October 1988 and 31 March 1989.

## PUBLICATIONS

Masters' Thesis: *An Evaluation of the Effectiveness of Ventilation Controls in Selected
Senior High School Industrial Arts/Technology Education Programs in Lancaster
County, Pennsylvania.*

Hygienic Guide: *1.1-Dichloroethane, 3rd Revision,* AIHA.

Peer Reviewer: *CSP Refresher Guide,* ASSE, and *PA Industrial Arts Safety Guide.*
Pennsylvania Department of Education.

11/28/00

# Robson Lapina

Forensic Engineers, Architects, Scientists
& Fire Investigators

Robson Lapina, Inc
350 New Holland Ave
Lancaster, PA 17602
(717) 293-9050
Fax (717) 293-8076

(800) 813-6736
Email mail@robsonlapina.com
www.robsonlapina.com

## RONALD D. SCHAIBLE, P.E.
## Occupational Safety & Health Expert
## Human Factors Expert

Robson Lapina, Inc
4938 Hampden Lane, #508
Bethesda, MD 20814

Lance E. Robson, P.E.
Ronald P Lapina P.E.
Lawrence C. Dinoff, A I A
Linda Redding Gurtler, Treas
Les Winter, P E

## OCCUPATIONAL SAFETY and HEALTH EXPERIENCE

Over 28 years performing occupational safety and health investigations in industrial settings, including ferrous and non-ferrous foundries and steel mills, chemical processing plants, construction and demolition, food processing plants, electroplating shops, metal working plants (forging, stamping, molding, grinding, cutting, punching, heat treating, quenching operations), municipal incinerators, electronic assembly, printing plants.

Ken W Crowley, Ph D., P.E.
Stephen E. Fournier, P.E
Thomas P Lacek, P.E
George D. Pope P.E
H Richard Hicks, P.E
Helge Lien P E
D. Hugh McLean, P.E
Julius Pereira, III, A I A  P.P
Norman W Johanson
Alan E Meade, P.E.
Richard A Colberg
Mark A Sokalski P.E
Duane Meeker, P.E., C.F.A.I
Ralph H. Ridgeway, P.E
Matthew A Balmer, P.E
Elise S. Dann, A I A, C L A
Joseph C. Cannizzo, P.E
Ronald Schaible, P.E., C I H
Gary A Derian P.E
Gabriel G Alexander, P.E.
Steven M Myers, P.E., C.F.E.I
Patrick McPartland, P.E
(Tina) Taiming Chu, Ph.D
Harry Ehrlich
Joseph D Hudak
Lance Watt

### Occupational health experience:

- Sampling and exposure monitoring for toxic substances. Surveys for thermal stress, ionizing, and nonionizing radiation.
- Indoor air quality and Multiple Chemical Sensitivity (MCS) exposure assessments.
- Occupational noise surveys.
- Community noise surveys to evaluate impact of manufacturing operations.
- Ventilation systems.
- Engineering, biological and medical monitoring interventions.

### Occupational safety experience:

- Machine and equipment guarding (woodworking, metalworking, cold and hot forming of metals, welding and cutting, hand and portable power tools, robotics, lasers).
- Material handling methods (manual handling, and cranes, hoists, slings, ropes, chains).
- Material storage (flammable and combustible liquids).
- Electrical hazards.
- Confined spaces.
- Energy control (lockout/tagout).
- Chemical safety.
- Personal protective equipment (limitations, proper selection and use).

Fire Investigators
Edmund G. Knight, P I, C F I
Brian L Gray, P I, C F I
William T Moylan, C F I, C F E I

### Chemical product safety experience:

- Authored or reviewed in excess of 200 Material Safety Data Sheets and product labels in conformance with ANSI, OSHA, Canadian WHMIS, California Proposition 65, U.S. EPA TSCA and European Union requirements. Products included hydrocarbon-based lubricants, anti-fretting and anti-corrosion compounds, gel- and grease-based sealants, optical gels and couplants, cleaners, adhesives, electroplating, solutions, etc.
- Submitted an EPA Pre-Manufacture Notification for a new chemical.

Indianapolis IN
Boston MA
Detroit MI
Haddonfield, NJ
Morristown, NJ
Albany NY
Buffalo, NY
Mineola, NY
New York, NY
White Plains, NY
Cincinnati OH
Cleveland, OH
Pittsburgh PA
Richmond, VA
Charleston WV

11/28/00

# Robson Lapina

Forensic Engineers, Architects, Scientists
& Fire Investigators

RONALD D. SCHAIBLE, P.E.
Occupational Safety & Health Expert
Human Factors Expert

## OCCUPATIONAL SAFETY/HEALTH PROGRAMMING and TRAINING EXPERIENCE

Over 28 years performing occupational safety and health investigations in industrial settings, including: ferrous and non-ferrous foundries and steel mills, chemical processing plants, construction and demolition, food processing plants, electroplating shops, metal working plants (forging, stamping, molding, grinding, cutting punching, heat treating, quenching operations), municipal incinerators, electronic assembly, printing plants.

**Safety and health standards and procedures:**
- Knowledgeable about Federal & State OSHA regulations and industry standards.
- Developed plant, division and corporate policies and procedures.
- Familiar with OSHA reports, recordkeeping and posting requirements.
- Knowledgeable about OSHA inspection, citation, and variance processes.

**Training programs conducted:**
- Machine guarding, energy control (lockout/tagout), confined spaces.
- Forklift safety, lifting and ergonomics.
- Hearing conservation and personal protective equipment.
- Fire extinguishers.
- Supervisory safety training and accident investigation, analysis and costs.
- Chemical safety, Hazard Communication and Right to Know.
- General safety and health hazard awareness.

**Safety and health audits:**
- Developed compliance audit and management system assessment protocols.
- Participated in numerous compliance assessments.
- Conducted numerous risk evaluation and risk improvement insurance audits.

**Academic teaching experience:**
- "Fundamentals of Industrial Hygiene I"(Millersville University, OSHM 222). The course presented concepts and skills in the recognition, evaluation and control of occupational health exposures in trades and occupations. Chemical and biological stresses were examined. Fundamentals of toxicology, environmental sampling strategies and techniques, and analytical methodologies were explored. Laboratory experiences with sampling and ventilation instrumentation provided familiarity with selected industrial hygiene equipment. Environmental control measures were studied with special emphasis on ventilation and personal protective equipment.
- "Fundamentals of Industrial Hygiene II" (Millersville University, OSHM 223). Continuation of OSHM 222. Physical and ergonomic stresses were examined. Principles of occupational and community noise, thermal stresses, ionizing and nonionizing radiation, and human factors were explored. Laboratory experiences with instrumentation provided "hands-on" familiarity with selected equipment and environmental control measures.
- "Health and Safety" (St. Francis University, HRIR 527 & 544). The courses emphasize the nature and extent of health and safety hazards posed by environmental conditions and employee behavior at work. The courses review pertinent legislation and applicable management responsibilities.

Robson Lapina, Inc.
350 New Holland Ave.
Lancaster, PA 17602
(717) 293-9060
Fax (717) 293-8076

(800) 813-6736
Email: mail@robsonlapina.com
www.robsonlapina.com

Robson Lapina, Inc
4938 Hampden Lane, #508
Bethesda, MD 20814

Lance E. Robson, P.E.
Ronald P. Lapina, P.E.
Lawrence C. Dinoff, A.I.A.
Linda Redding Gurtler, Treas.
Les Winter, P.E.

Ken W. Crowley, Ph.D., P.E.
Stephen E. Fournier, P.E.
Thomas P. Lacek, P.E.
George D. Pope, P.E.
H. Richard Hicks, P.E.
Helge Lien, P.E.
D. Hugh McLean, P.E.
Julius Pereira, III, A.I.A., P.P.
Norman W. Johanson
Alan E. Meade, P.E.
Richard A. Colberg
Mark A. Sokalski, P.E.
Duane Meeker, P.E., C.F.A.I.
Ralph H. Ridgeway, P.E.
Matthew A. Balmer, P.E.
Elise S. Dann, A.I.A., C.L.A.
Joseph C. Cannizzo, P.E.
Ronald Schaible, P.E., C.I.H.
Gary A. Denan, P.E.
Gabriel G. Alexander, P.E.
Steven M. Myers, P.E., C.F.E.I.
Patrick McPartland, P.E.
(Tina) Taiming Chu, Ph.D.
Harry Ehrlich
Joseph D. Hudak
Lance Watt

Fire Investigators
Edmund G. Knight, P.I., C.F.I.
Brian L. Gray, P.I., C.F.I.
William T. Moylan, C.F.I., C.F.E.I.

Indianapolis, IN
Boston, MA
Detroit, MI
Haddonfield, NJ
Morristown, NJ
Albany, NY
Buffalo, NY
Mineola, NY
New York, NY
White Plains, NY
Cincinnati, OH
Cleveland, OH
Pittsburgh, PA
Richmond, VA
Charleston, WV

# Robson Lapina

Forensic Engineers, Architects, Scientists
& Fire Investigators

Robson Lapina, Inc
350 New Holland Ave
Lancaster, PA 17602
(717) 293-9050
Fax (717) 293-8076

(800) 813-6736
Email mail@robsonlapina.com
www.robsonlapina.com

Robson Lapina, Inc
4938 Hampden Lane #508
Bethesda, MD 20814

Lance E. Robson, P.E.
Ronald P. Lapina, P.E.
Lawrence C. Dinoff, A.I.A
Linda Redding Gurtler, Treas
Les Winter, P.E

Ken W. Crowley, Ph D., P.E
Stephen E. Fournier, P.E
Thomas P. Lacek, P.E
George D. Popc, P.E
H. Richard Hicks, P.E
Helge Lien, P.E
D. Hugh McLean, P.E
Julius Perera, III, A.I.A., P.P.
Norman W. Johanson
Alan E. Meade, P.E
Richard A. Colberg
Mark A. Sokalski, P.E
Duane Meeker, P.E., C.F.A.I.
Ralph H. Ridgeway, P.E
Matthew A. Balmer, P.E
Elise S. Dann, A.I.A., C.L.A
Joseph C. Cannizzo, P.E
Ronald Schaible, P.E., C.I H
Gary A. Dengin, P.E
Gabriel G. Alexander, P.E
Steven M. Myers, P.E., C.F.E.I
Patrick McPartland, P.E
(Tina) Taiming Chu, Ph D
Harry Ehrlich
Joseph D. Hudak
Lance Watt

Fire Investigators
Edmund G. Knight, P.I., C.F.I
Brian L. Gray, P.I., C.F.I
William T. Moylan, C.F.I., C.F.E.I

Indianapolis, IN
Boston, MA
Detroit, MI
Haddonfield, NJ
Morristown, NJ
Albany, NY
Buffalo, NY
Mineola, NY
New York, NY
White Plains, NY
Cincinnati, OH
Cleveland, OH
Pittsburgh, PA
Richmond, VA
Charleston, WV

### RONALD D. SCHAIBLE, P.E.
### Occupational Safety & Health Expert
### Human Factors Expert

## HUMAN FACTORS and ERGONOMICS EXPERIENCE

Over 28 years performing occupational safety and health investigations in industrial settings, including: ferrous and non-ferrous foundries and steel mills, chemical processing plants, construction and demolition, food processing plants, electroplating shops, metal working plants (forging, stamping, molding, grinding, cutting punching, heat treating, quenching operations), municipal incinerators, electronic assembly, printing plants.

**Workplace task design:** Task analyses and evaluations of duty exposure. Workplace layouts. Acceptable dimensions for visual work, clearances and adjustability of design. Force, posture and repetition of motion.
**Equipment design:** Displays and controls. Hand tool and product designs.
**Information transfer:** Comprehensibility, legibility (size, placement, color, contrast, use of validated pictographs or symbols) and readability (time, motion, attention) of labels, signs and warnings on products, Material Safety Data Sheets, and operating, maintenance and technical manuals.
**Environmental factors:** Noise, vibration, illumination, color, temperature and humidity, extremes.
**Anthropometry:** Physical characteristics for product design.
**Human capacity:** Work tasks, job demands and performance. Mental, physical, age and behavioral issues. Non-traditional work shifts.

**Other Experience:**
- Human Factors & Ergonomics Society. Technical Group memberships. Aging; Consumer Products; Environmental Design; Forensics Professional. Individual Differences in Performance; Industrial Ergonomics; Safety; Test and Evaluation; Training, Visual Performance.
- Developed "Introduction to Ergonomics" course at AMP Inc. and served as principal instructor. Designed for engineers and supervisors, it covered principles of ergonomic design; ergonomic task analysis; and use of anthropometric data for machines, hand tools, and manual materials handling.
- Developed "Advanced Human Factors Workshop" at AMP Inc. and served as principal instructor. Designed for engineers and supervisors, this 16-hour workshop explored human factors principles of task design and analysis, using computer analysis, case studies, and biofeedback devices.
- Developed and served as instructor for Ergonomic Task Team training program for factory workers and supervisors.
- GAO assessed AMP Inc. as one of only five "benchmark" companies serving as models for other companies aiming to improve their ergonomics programs. [*Worker Protection Private Sector Ergonomics Programs Yield Positive Results*. (GAO/HEHE-97-163). U S Government Accounting Office, Washington, D.C 27 August 1997].
- Deployed behavior based safety program.

11/28/00

# Exhibit II.C

# Ronald D. Schaible, P.E

05/06/2003  11:02   8568102580                POSI                         PAGE  02

# KEVIN DAVID TOWERS, CPO
## 114 Bobbi's Terrace
## New Egypt, NJ 08533

### *Education*

| | |
|---|---|
| UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER | 5/86 to 8/89 |
| *School of Allied Health Sciences* | *Dallas, Texas* |
| Baccalaureate: Prosthetics and Orthotics | |

| | |
|---|---|
| TEMPLE UNIVERSITY | 8/84 TO 5/86 |
| *School of Arts and Sciences* | *Philadelphia, Pa* |
| Prerequisite credit hours applicable toward baccalaureate degree | |

| | |
|---|---|
| ELIZABETHTOWN COLLEGE | 8/82 TO 5/84 |
| *Liberal Arts* | *Elizabethtown, Pa* |
| Prerequisite credit hours applicable toward baccalaureate degree | |

### *Experience*

PROSTHETIC ORTHOTIC SOLUTIONS INTERNATIONAL/
BENCHMARK MEDICAL, INC.                                    1/01 to Present
*Managing Partner, Vice President, Practitioner*           *Malvern, PA*

HANGER (SABOLICH) PROSTHETICS & ORTHOTICS, INC.
*Center Manager/Practitioner – Edison, NJ*                 10/95 to 2/01
*Clinical Director – Philadelphia/New Jersey*              1996 to 1998
*National Upper Extremity Prosthetic Specialist*           1994 to 2001
Responsible for all operations and day to day activities of market as well as manager of Edison, NJ facility

NOVACARE ORTHOTICS & PROSTHETICS                          8/92 TO 10/95
*Manager/Pracititioner*                                    *Fort Worth, Texas*
Responsible for all day to day activities, supervise a staff of thirteen. Responsible for all phases of patient
management, fabrication, and administration; Do all marketing for facility (i.e. physicians, PTs, OTs, hospitals,
nursing homes, including a variety of inservices ) Set all office budgets.

CEDAR CREEK ORTHOTICS & PROSTHETICS                       1/88 TO 8/92
*Practitioner*                                             *Gun Barrell City, Tx*
Responsible for all phases of patient management. Business affiliations with East Texas Medical Center (Athens),
Navarro Regional Medical Center (Corsicana), Kauffman Presbyterian Hospital (Kauffman), and Memorial Hospital
(Palestine). Central fabrications for Orthobionics, Orthodynamics. Monthly attendance at Texas Department of
Corrections Infirmary, Palestine.

### *Special Training*

| | |
|---|---|
| C Leg Certification Course | 8/00 |
| Public Speaking Course | 2/99 |

| | |
|---|---|
| Flex Foot Course | 6/98 |
| Advanced Otto Bock Myoelectric Systems | 3/97 |
| Advanced Upper Extremity Fitting Techniques | 8/96 |
| Boston Elbow Course | 2/96 |
| Utah Arm Course | 10/95 |
| Sabolich Socket Course | 6/95 |
| Oregon Orthotic System | 10/94 |
| Charleston Bending Brace | 9/93 |
| IPOS Cad Cam Above Knee Prosthetics | 6/93 |
| T – 3 Below Knee Prosthetic System | 2/93 |
| Advanced Ischial Containment | 11/92 |
| Durr-Fillauer Below Knee Silicone Suction | 6/90 |
| Boston Overlap Brace Course | 3/88 |
| Liberty Mutual Boston Elbow Course | 8/87 |
| Certified Scoliosis Screener | 9/86 |

## *Associations*

Texas Association of Orthotists and Prosthetists
American Association of Orthotists and Prosthetists
Texas Academy Of Orthotists and Prosthetists
American Academy of Orthotists and Prosthetists
*ABC CPM  Examiner 1994 to present*
*ABC CPM Examination Committee Member 1998 to 2003*

References available upon request

# Exhibit II.D

# Norman W. Johanson

# Robson Lapina

Forensic Engineers, Architects, Scientists & Fire Investigators

PHONE: 717-293-9050
800-813-6736

350 NEW HOLLAND AVENUE
LANCASTER, PA 17602

FAX: 717-293-1195
WWW.ROBSONLAPINA.COM

## NORMAN W. JOHANSON
### Mechanical/Industrial

## PROFESSIONAL EXPERIENCE

**1995 to present**  **Robson Lapina, Inc.**
*Associate*
Provide technical investigations, analysis, reports, and testimony for failure analysis, and towards the resolution of commercial and personal injury litigation involving product liability or mechanical and industrial accidents.

**1992 to 1995**  **NJ Technology**          (Product Design and Development)
*Engineering Manager*
Product development for the consumer products, pharmaceutical, medical and semiconductor process equipment fields. Prepare feasibility studies; bid document preparation; bidding and client negotiation; program management; financial administration.

**1991 to 1992**  **Materials Research Corporation**     (Semiconductor Process Equipment)
*Manager of Manufacturing Engineering*
Managed engineering functions related to production of complex semiconductor process equipment. Responsible for: facility design, maintenance and major upgrade work; specification development; contractor negotiations; document preparation; factory safety inspection; drawing preparation, revisions and maintenance; support of field engineering; new equipment startup.

**1988 to 1990**  **EMCORE Corporation**     (Semiconductor Process Equipment)
*Development Group Manager*
Handled all product development. HazMat trained; worked with variety of toxic and flammable chemicals in solid, liquid, and gaseous form. Responsibilities included: monitoring contaminant levels during equipment operation; contaminant cleanup; safety engineering.

**1984 to 1988**  **S.F. Products Corporation**     (High-Temperature Research Equipment)
*U.S. General Manager*
Designed and produced high temperature equipment. Reviewed safety issues, and developed hazardous gas handling, thermal safety shields, and electrical interlock controls for equipment.

1/16/02



# Robson Lapina
Forensic Engineers, Architects, Scientists & Fire Investigators

### NORMAN W. JOHANSON
### Mechanical/Industrial

| | | |
|---|---|---|
| 1981 to 1984 | **Farberware** | (Appliances, Housewares, and Cookware) |

*Director of Engineering*
Design and development of consumer and commercial appliances, housewares, and cookware; developed production safety testing equipment; oversaw equipment updating, safety device installation and safe operating practice training; worked closely with customer service in reviewing field failures, safety issues, and litigation; developed specialized functional and safety testing methods. Company representative to Cookware Manufacturer's Association; participated in industry-wide reviews of product and manufacturing process safety issues such as carpal-tunnel syndrome and toxicity of painting and enameling compounds.

| | | |
|---|---|---|
| 1977 to 1981 | **Exxon Enterprises, Inc.** | (Ink Jet Printing Equipment) |

*Electro-Mechanical Department Manager*
Managed engineering, design, and fabrication of office and computer peripheral products. Developed production methods and equipment for production of complex printer products.

| | | |
|---|---|---|
| 1974 to 1977 | **Appliance Heater Corporation** | (Heater and Heating Elements Production) |

*Operations Manager*
Developed custom machining equipment, performed all machining, stamping, forming, and thermal processing operation on steel, copper alloy, aluminum, and high temperature metals. Performed powder fill, compaction, and sealing processes. Performed failure analysis work.

| | | |
|---|---|---|
| 1971 to 1974 | **Hamilton Beach, Div. of Scovill Mfg. Co.** | (Small Household Appliances) |

*Engineering Project Manager*
Responsible for design, development, and product line engineering of appliance products. Conducted "Reverse Engineering" evaluation of competitive appliances. Tested products under normal and abnormal conditions to ascertain safety and reliability. Developed and supervised product test procedures.

| | | |
|---|---|---|
| 1965 to 1971 | **The Kanthal Corporation** | (Wire Products and Heater Manufacturing) |

*Laboratory Engineer*
Managed application engineering, product testing, failure analysis, customer support, and metallurgical evaluation functions. Chemical testing and control of descaling, etching, brightdipping, and wire coating baths. Set up thermocouple calibration facility. Participated in American Standards & Testing (ASTM) committee activities.

| | | |
|---|---|---|
| 1959 to 1965 | **Zell Products Corporation** | (Hermetic Sealing Semiconductor Packaging) |

*Inspection Dept. Supervisor, Project Engineer, R&D Engineer*
Supervised Inspection Department, conducted process development on glass- and ceramic-to-metal sealing operation, participated in ASTM committee standards work, designed new products and conducted scientific studies of oxide formation, glass formulation, and alloy customization for optimum sealing performance.

1/16/02



**Robson Lapina**
Forensic Engineers, Architects, Scientists
& Fire Investigators

### NORMAN W. JOHANSON
#### Mechanical/Industrial

**CERTIFIED MANUFACTURING ENGINEER**, in the field of Product Engineering for
Manufacturing, by the Society of Manufacturing Engineers                    1977

**LICENSED PRIVATE INVESTIGATOR,**
States of Pennsylvania, New Jersey, New York and West Virginia

**EDUCATION**
Bridgeport Engineering Institute, Bridgeport, CT - B.S., Mechanical Engineering     1973
Hawthorne School of Aeronautics, Moultrie, GA - Completion Certification           1959

*Many Continuing Education programs, including:*

| | |
|---|---|
| Concurrent Engineering | Cluster Tool Technology |
| Computer-Aided Design | Fukuda Techniques |
| Interactive Management | Investigation of Gas & Electric Appliance Fires |
| Product Development | Statistical Process Control |
| Theory of Constraints | Total Quality Mgmt |
| ISO-9000 | Quality Assurance |
| Vacuum Technology | HazMat Training |
| Presentation Techniques | Business Law |

**AFFILIATIONS**

American Society of Mechanical Engineers
American Society of Safety Engineers
American Society for Metals
American Ceramic Society
Materials Research Society
National Society of Inventors
Society of Manufacturing Engineers
Pennsylvania Association of Arson Investigators

# Exhibit II.E

# John S. Risser

# JOHN S. RISSER

**Hoover Rehabilitation Services, Inc.**
205 House Avenue, Camp Hill, PA 17011

Phone 800-692-7294, Ext. 3021
Fax 717-731-0967
Email  jrisser@hooverinc.com

# CREDENTIALS:

Certification for Case Manager
C.C.M - Certified Case Manager:  1993

American Rehabilitation Economist Association
C.R.E. - Certified in Rehabilitation Economics #59201:  1992

Board of Examiners of Professional Counselors, State of Maryland
C.P.C. - Certified Professional Counselor #000384:  1989

American Board of Vocational Experts Certification
A.B.V.E. Diplomate #142683:  1985

Clinical Psychology Internship
Completed supervised internship with James O. Whittaker, Ph.D.,
licensed psychologist, Commonwealth of Pennsylvania:  1984-85

Commission on Rehabilitation Counselor Certification
C.R.C. Certified Rehabilitation Counselor #17641:  1983

# EDUCATION:

Master of Arts, Clinical Psychology
Indiana University of Pennsylvania, Indiana, PA
1973-75

Bachelor of Arts, Sociology
Lebanon Valley College, Annville, PA
1967-72

# JOHN S. RISSER

- 2 -

## PROFESSIONAL EXPERIENCE:

<u>Director of Vocational Assessment Services</u>
Hoover Rehabilitation Services, Inc., Camp Hill, PA
1979 - Present

*Responsible for various professional vocational rehabilitation services for persons disabled and/or injured in industrial or automobile accidents.*

*Perform wage earning capacity and employability assessments.*

*Supervise staff of 15 rehabilitation professionals in the implementation of rehabilitation services for injured and displaced individuals, leading to the highest level of functioning.*

*Provide expert witness testimony before various judicial bodies.*

*Provide career guidance for individuals who are unemployed, underemployed and/or desiring a career change.*

<u>Rehabilitation Counselor</u>
Crawford Rehabilitation Services, Inc., Harrisburg, PA
1978-79

*Provided rehabilitation counseling and placement services to ongoing case load of 20-25 individuals injured primarily in industrial or automobile accidents. Testified to job availability/suitability in hearings before PA Workers' Compensation Referees.*

## AFFILIATIONS:

American Rehabilitation Counselors Association
National Vocational Guidance Association
National Employment Counselors Association
American Personnel and Guidance Association
National Rehabilitation Association

## TESTING CERTIFICATIONS:

**VITAS** Vocational Interest Temperament and Aptitude System Work Samples, 1981
**JEVS** Jewish Employment and Vocational Service Work Sample, 1979
**GATB** General Aptitude Test Battery, 1978

# Exhibit II.F

# James T. Moyer, Ph.D.

James T. Moyer Ph.D.
BUSINESS AND FORENSIC ECONOMICS
491 Snyder Road, Reading, PA 19605-9255
610-926-4510

PROFESSIONAL VITA

## Education

B.S.  Economics          Albright College   1966
M.S.  Business Economics  Lehigh University  1968
Ph.D. Business Economics  Lehigh University  1976

## Employment

1968 - Present:  Albright College, Reading, PA
Professor of Economics and Business Administration

## Professional Affiliations

American Economic Association
National Association of Forensic Economics
Society for Law and Economics

## Presentations

March, 1994 - Eastern Economic Association meeting,
Boston, MA "The Offset Method: The Pennsylvania
Experience" (with Farhad Saboori, Albright College)

March, 1995 - Eastern Economic Association Meeting, New
York, NY. "A VAR analysis of the Effectiveness of
Government Spending" (with Farhad Saboori , Albright
College)

October, 1995 - Atlantic Economic Society meeting,
Williamsburg, VA "Crime and Its Antecedents: A Case
Study" (with Farhad Saboori, Albright College)

October, 1996 - Atlantic Economic Society Meeting,
Washington, DC "Human Capital and Economic Growth"
(with Farhad Saboori, Albright College)

October, 1997 - Atlantic Economic Society Meeting,
Philadelphia, PA "Crime Unemployment and Economic
Growth" (with Farhad Saboori, Albright College)

Testimony

July 12, 1999 - Scholl v. Cherubim, D. O. and Cavorsi,
M. D. and Community General Hospital, Berks County
Court, Reading, PA.

January 26, 1998 - Johnson v. PENNDOT and Albany
Township, Berks County Court, Reading, PA.

September 12, 1997 - Hartman v. Morris, Miller, &
Santarelli, Berks County Court, Reading, PA.