# Exhibit 8

<u>**STANDARD VOIR DIRE QUESTIONS**</u>

*THIS CASE BASED SOLELY UPON FACTS AND LAW? OR "IN FAIR AND IMPARTIAL MANNER"*

(A)   **INTRODUCTION**

    (1)   *Introduce self; clients*
        *Jim Murdough, Janice minding the family store*

    (2)   *Here to resolve a dispute among parties*

    (3)   *Role to resolve dispute fairly/impartially*

    (4)   *Process of impaneling jury/Voir Dire: purpose not to pry or embarrass, but to learn more about you to ensure, as required by law, that we have fair and impartial Jury; Information provided.*

    (5)   *The Judge will be giving you instructions not to discuss this case, some of you may find it difficult to refrain from discussing the case outside the deliberation room - do all of you feel that you can comply with and abide by the Judge's instructions?*

    (6)   *Does anyone have any physical condition which would prevent them from coming back next week and being present up to 2 days?*

    (7)   *Hearing/sight problems/conditions?*

(B)   **BASIC QUESTIONS:**

    (1)   *Know counsel or parties:*
        (A)   *Kozloff Stoudt*
        (B)   *Richard D. Adamson, Esquire - Kutztown*

    (2)   *Know the Murdoughs; shop in their store*

    (3)   *Know Mr. James Bramblett - moved to Kentucky*

(4)  *Know his former girlfriend Tammy Rentschler*

(5)  *PARTICIPANT IN LAWSUIT AS JUROR OR WITNESS? WOULD YOUR INVOLVEMENT AFFECT YOUR ABILITY TO DECIDE THIS CASE BASED SOLELY ON EVIDENCE AND LAW AS GIVEN BY JUDGE?*
   *(A)  When?*
   *(B)  Where?*
   *(C)  Verdict?*
   *(D)  Agreed?*

(6)  *EMPLOYMENT; SPOUSE AS WELL;*

(7)  *YOU OR FAMILY MEMBER EMPLOYED BY OR OWN STOCK IN AN INSURANCE COMPANY? YOU OR FAMILY MEMBER INVOLVED IN CLAIMS ADJUSTING? STOCKHOLDERS OR CORPORATE OFFICES INSURANCE COMPANIES? YOUR INVOLVEMENT AFFECT YOUR ABILITY TO DECIDE THIS CASE BASED SOLELY UPON FACTS AND LAW?*

   *(A)  ISSUES AND SPECIFIC PREJUDICE*

(8)  *KNOWLEDGE OF CASE: FIRE OCCURRING ON 7/18/95 PROPERTY LEASED TO BRAMBLETT, INVOLVING DRYER PURCHASED FROM SEARS.*

   *THIS CASE IS THEREFORE ABOUT COMPENSATION FOR THE TOTAL LOSS OF THE HOUSE. PLAINTIFFS BROUGHT SUIT TO RECOVER FINANCIAL LOSS (I WOULD LIKE TO KNOW HOW YOU FEEL ABOUT THAT AS JURORS?). ANYONE HEARD OR KNOW OF THIS CASE?*

(9)  *YOU OR ANY FAMILY MEMBER INVOLVED IN LAWSUIT, PLAINTIFF OR DEFENDANT, INVOLVING A CLAIM FOR DAMAGES? DID THAT CASE GO TO VERDICT? AFFECT YOUR ABILITY TO DECIDE THIS CASE BASED SOLELY UPON FACTS AND LAW?*

(10) OPINIONS ABOUT LAWSUIT SEEKING MONEY DAMAGES. AFFECT ABILITY TO DECIDE THIS CASE BASED UPON FACTS AND LAW? "FIXED OPINIONS OR BELIEFS"

(11) IF YOU HAVE OPINIONS ABOUT LAWSUITS SEEKING MONEY DAMAGES, WHERE AS HERE, WE HAVE AGREED AS TO THE AMOUNT OF DAMAGES RECOVERABLE, WOULD YOUR OPINIONS AFFECT ABILITY TO AWARD DAMAGES TO PLAINTIFF HERE IF WARRANTED ON FACTS AND LAW?

## MISCELLANEOUS

(12) CIVIL CASE: NOT CRIMINAL CASE: PREPONDERANCE OF THE EVIDENCE; MORE LIKELY THAN NOT;

(13) SEEN OR READ ANY ARTICLES OR TV PROGRAMS CONCERNING TORT REFORM OR LAWSUIT ABUSE?

(14) ANY INVOLVED IN TORT REFORM EFFORTS?

(15) OPINIONS ABOUT LAWYERS WHO REPRESENT PEOPLE SEEKING TO RECOVER MONEY DAMAGES BASED ON SOMETHING READ OR HEARD? IF YOU HAVE SUCH OPINIONS AFFECT ABILITY TO AWARD DAMAGES IF SUCH AN AWARD WARRANTED BASED UPON FACTS AND LAW?

(16) ANY PROFESSIONAL OR VOLUNTEER FIRE FIGHTERS OR HAVE FAMILY IN THE FIRE SERVICE?

- AFFECT YOUR ABILITY TO DECIDE <u>THIS</u> CASE ON THE FACTS OF <u>THIS</u> FIRE?

(17) ANYBODY BOUGHT APPLIANCES FROM SEARS?

(18) ANYBODY EVER HAVE PROBLEMS WITH THEIR APPLIANCES WORKING PROPERLY?

    *- WHAT DO, CALL FOR REPAIRS?*

(19) *ANYBODY A LANDLORD OR A TENANT ?*

   *- AFFECT YOUR ABILITY TO DECIDE THIS CASE ON THE LAW AND THE FACTS?*

(20) *CATCH-ALL: ANY OTHER REASON WHY ANY OF YOU WOULD NOT BE ABLE TO DECIDE CASE BASED SOLELY ON FACTS AND LAW?*

Case 2:02-cv-04001-JKG    Document 34-3    Filed 08/15/2003    Page 5 of 5