# Exhibit 9

Peter F. Schuchman, Jr., Esquire
Pa. Attorney ID# 69343
KOZLOFF STOUDT
2640 Westview Drive
PO Box 6286
Wyomissing, PA  19610
(610) 670-2552                                        Attorneys for Plaintiff
_____

| | | |
|---|---|---|
| JUSTIN M. BRAUN, | | : IN THE UNITED STATES DISTRICT |
| | | : COURT FOR THE EASTERN DISTRICT OF |
| | Plaintiff | : PENNSYLVANIA |
| | | : |
| v. | | : Docket No. 02-CV-4001 |
| | | : |
| SQUARE D COMPANY and | | : JURY TRIAL DEMANDED |
| ENGEL INDUSTRIES, INC., | | : |
| | Defendants | : |

_____

# VERDICT
_____

**Instructions:**        Answer the following questions in numerical order following the instructions given with each question.

**Question 1:**

　　Did the Square D Foot Switch, at the time it left Square D's control, lack any element necessary to make it safe for use, or contain any condition that made it unsafe for use?

　　　　Yes _____        No _____

　　If you answered Question 1 "Yes", proceed to question 2.

　　If you answered Question 1 "No", Justin Braun cannot recover from Square D and you should proceed to Question 3.

**Question 2:**

Was the defect in the Square D Foot Switch a substantial factor in bringing about the harm to Justin Braun?

Yes _____      No _____

If you answered Question 2 "No", Justin Braun cannot recover from Square D and you should proceed to Question 3.

**Question 3:**

Did the Engel Press Brake, at the time it left Engel's control, lack any element necessary to make it safe for use, or contain any condition that made it unsafe for use?

Yes _____      No _____

If you answered Question 3 "Yes", proceed to Question 4.

If you answered Question 3 "No", Justin Braun cannot recover from Engel and you should proceed to Question 5.

**Question 4:**

Was the defect in the Engel Press Brake a substantial factor in bringing about the harm to Justin Braun?

Yes _____      No _____

If you answered Question 4 "Yes", proceed to Question 5.

If you answered Question 4 "No", Justin Braun cannot recover from Engel and you should proceed to Question 5.

**Question 5:**

If you answered "Yes" to Questions 1 **and** 2, **and/or** answered "Yes" to Questions 3 **and** 4, state the amount of damages, if any, sustained by Justin Braun as a result of the incident.

$_____

After you complete your answers to these questions, have your foreperson sign the verdict form and advise Court Personnel that you are ready to return to the Courtroom to render your verdict.

_____
Foreperson

Date: _____