Peter F. Schuchman, Jr., Esquire
Pa. Attorney ID# 69343
KOZLOFF STOUDT
2640 Westview Drive
PO Box 6286
Wyomissing, PA   19610
(610) 670-2552                                    Attorneys for Plaintiff

_____

| | |
|---|---|
| JUSTIN M. BRAUN, | : IN THE UNITED STATES DISTRICT |
|  | : COURT FOR THE EASTERN DISTRICT OF |
| Plaintiff | : PENNSYLVANIA |
|  | : |
| v. | : Docket No. 02-CV-4001 |
|  | : |
| SQUARE D COMPANY and | : JURY TRIAL DEMANDED |
| ENGEL INDUSTRIES, INC., | : |
| Defendants | : |

_____

## ORDER
_____

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Engel Industries, Inc.'s Motion in Limine to Preclude Certain Opinions Offered by Plaintiff's Liability Experts, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is DENIED.

                                                      BY THE COURT:


                                                  _____
                                                  James Knoll Gardner, J.