<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
JUSTIN M. BRAUN,                    )
                                    ) Civil Action
            Plaintiff               ) No. 02-CV-04001
                                    )
    vs.                             )
                                    )
SQUARE D COMPANY and                )
ENGEL INDUSTRIES, INC.,             )
                                    )
            Defendants              )
```

<u>O R D E R</u>

NOW, this 4th day of September, 2003, upon consideration of Plaintiff's Motion in Limine (No. 1), which motion was filed August 11, 2003; it appearing by Order of the undersigned dated September 3, 2003 this case was dismissed pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania,

<u>    IT IS ORDERED</u> that Plaintiff's Motion in Limine (No. 1) is denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge