IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN M. BRAUN,                    )
                                    )  Civil Action
                  Plaintiff         )  No. 02-CV-04001
                                    )
         vs.                        )
                                    )
SQUARE D COMPANY and                )
ENGEL INDUSTRIES, INC.,             )
                                    )
                  Defendants        )

O R D E R

         NOW, this 4th day of September, 2003, upon
consideration of the Motion in Limine of Defendant, Square D
Company, to Preclude Any Evidence Regarding Prior Claims, which
motion was filed August 11, 2003; upon consideration of the
Motion in Limine of Defendant, Square D Company, to Preclude Any
Evidence Regarding the Current Linemaster Foot Switch Compared to
the Former Square D Foot Switch, which motion was filed
August 11, 2003; upon consideration of the Motion in Limine of
Defendant, Square D Company, to Preclude Any Evidence of Warnings
Accompanying Currently Marketed Products, which motion was filed
August 11, 2003; upon consideration of the Motion in Limine of
Defendant, Square D Company, to Preclude Any Evidence of Warnings
Placed on the Subject Press Brake After the Alleged Incident,
which motion was filed August 11, 2003; it appearing by Order of
the undersigned dated September 3, 2003 this case was dismissed
pursuant to the provisions of Rule 41.1(b) of the Rules of Civil
Procedure for the United States District Court for the Eastern
District of Pennsylvania,

IT IS ORDERED that all four of defendant's motions in limine are denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge