IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN M. BRAUN, | ) |
|              Plaintiff | ) Civil Action |
| | ) No. 02-CV-04001 |
| vs. | ) |
| SQUARE D COMPANY and | ) |
| ENGEL INDUSTRIES, INC., | ) |
|              Defendants | ) |

O R D E R

NOW, this 4th day of September, 2003, upon consideration of Defendant Engel Industries, Inc.'s Motion in Limine to Preclude Certain Opinions Offered by Plaintiff's Liability Experts, which motion was filed August 11, 2003; it appearing by Order of the undersigned dated September 3, 2003 this case was dismissed pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania,

      IT IS ORDERED that defendant's motion in limine is denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge