<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

JUSTIN M. BRAUN,                    )
                                    )   Civil Action
                    Plaintiff       )   No. 02-CV-04001
                                    )
        vs.                         )
                                    )
SQUARE D COMPANY and                )
ENGEL INDUSTRIES, INC.,             )
                                    )
                    Defendants      )

<u>O R D E R</u>

        NOW, this 4th day of September, 2003, upon
consideration of Defendant Square D Company's Motion for Summary
Judgment and Supporting Memorandum of Law, which motion was filed
July 28, 2003; upon consideration of Defendant Engel Industries,
Inc.'s Motion for Partial Summary Judgment, which motion was
filed July 28, 2003; it appearing by Order of the undersigned
dated September 3, 2003 this case was dismissed pursuant to the
provisions of Rule 41.1(b) of the Rules of Civil Procedure for
the United States District Court for the Eastern District of
Pennsylvania,

        <u>IT IS ORDERED</u> that defendant Square D Company's motion
for summary judgment and defendant Engel Industries, Inc.'s
motion for partial summary judgment are denied as moot.

                    BY THE COURT:


                    _____
                    James Knoll Gardner
                    United States District Judge